# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **DIANE THOMAS,** ) | CASE NO. 1:13cv8 |
| ) | |
| **Plaintiff,** ) | **JUDGE DAN AARON POLSTER** |
| ) | |
| v. ) | <u>**MEMORANDUM OPINION**</u> |
| ) | <u>**AND ORDER**</u> |
| **COMM'R OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

Magistrate Judge Greg White recommends dismissing this Social Security appeal for Plaintiff's want of prosecution. The Court agrees. Plaintiff filed her complaint on January 2, 2013, but never again participated in the proceedings. She did not submit a brief on the merits, did not respond to the Court's show-cause order, which directed her to respond by June 4, 2013, to explain why the complaint should not be dismissed for want of prosecution, and did not file any objection to the Report and Recommendation, though the objections are overdue. Accordingly, the Court hereby **DISMISSES** the case for want of prosecution.

       **IT IS SO ORDERED.**

                                       */s/ Dan Aaron Polster 6/25/13*
                                       **Dan Aaron Polster**
                                       **United States District Judge**